UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY M. JACKSON and
MAN LEWIS, JR.,

    Plaintiffs,

v.

FACEBOOK, MARK ZUCKERBERG, and
CURTIS NESMITH,

    Defendants.

_____/

Case No. 18-12883

Hon. Marianne O. Battani

## JUDGMENT OF DISMISSAL

In accordance with the Court's opinion and order granting in part Defendants' motion to dismiss or transfer venue,

IT IS HEREBY ORDERED that (i) Plaintiffs' claims against Defendants Facebook and Mark Zuckerberg are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction, and (ii) Plaintiffs' claims against Defendant Curtis Nesmith are **DISMISSED WITHOUT PREJUDICE** for lack of proper service of process.

    **IT IS SO ORDERED.**

Date: February 7, 2020

                                                        s/Marianne O. Battani
                                                        MARIANNE O. BATTANI
                                                        United States District Judge